IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM McCURDY, : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 16-0034-M |
| CAROLYN W. COLVIN, : | |
| Social Security Commissioner, : | |
| Defendant. : | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff William McCurdy.

DONE this 7th day of September, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE